United States District Court
Southern District of Texas
**ENTERED**
April 11, 2023
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| DEBBIE GREGERSEN, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-0220 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| FEDNAT INSURANCE COMPANY, | § | |
| Defendant. | § | |

## Minute Entry and Order

Minute entry for INITIAL CONFERENCE before Judge Charles Eskridge by videoconference on April 5, 2023. Both parties present and represented by counsel.

The Court addressed the motion to withdraw by counsel to Defendant FedNat Insurance Company. Dkt 19. The motion was GRANTED for the reasons stated on the record.

The Court addressed potential disposition, given that FedNat was placed in a receivership by a Florida court. See Dkt 18.

The matter was STAYED and ADMINISTRATIVELY CLOSED.

Plaintiff Debbie Gregersen was ORDERED to file a status report within 90 days to advise whether dismissal or further stay is appropriate, or if the matter should be reinstated with substitution of a party Defendant.

So ordered.

Signed on April 5, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge