United States District Court
Southern District of Texas
**ENTERED**
September 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBBIE GREGERSEN, §<br>*Plaintiff,* §<br>§<br>V. §<br>§<br>§<br>FEDNAT INSURANCE COMPANY, §<br>*Defendant,* § | CIVIL ACTION NO. 4:22-cv-00220<br>(JURY) |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered Plaintiff Debbie Gregersen's Motion for Dismissal with Prejudice. The Dismissal is GRANTED.

It is therefore, ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims asserted in this action against Defendants are hereby dismissed with prejudice as to Plaintiff's rights to refile same. This order disposes of all causes of action in this lawsuit. All costs of Court expended or incurred shall be borne by the party who incurred same.

**SIGNED** this 11th day of September, 2024.

_____
Hon. Charles Eskridge
United States District Judge